# UNITED STATES DISTRICT COURT
# FOR THE NOTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOUTHWEST TRADERS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPRING CREEK HOLDINGS LLC, and ) <br> JEROLD D. ISAACSON ) <br> ) <br> Defendants. ) | Case No. 17-cv-02870 <br><br> Judge Andrea R. Wood |

## MOTION FOR ENTRY OF SUMMARY JUDGMENT

Pursuant to Local Rule 78.3, Plaintiff Southwest Trading, Inc. ("Southwest"), requests that the Court grant its unopposed motion for summary judgment and enter judgment in its favor. In support thereof, Southwest states the following:

1. Southwest filed a motion for summary judgment on both counts of its two-count complaint on February 16, 2018. (ECF Nos. 25-26.)

2. Pursuant to the Court's April 22, 2018 minute order, Defendants' opposition to Southwest's motion was due on March 15, 2018. (ECF No. 29.)

3. Defendants failed to file an opposition to Southwest's motion. On March 21, 2018, the undersigned counsel for Southwest received a voicemail from Defendants' counsel stating that Defendants intentionally elected not to file an opposition to the motion. Southwest's motion for summary judgment is thus unopposed.

4. Local Rule 78.3 provides that a court may grant a motion without further hearing upon the non-moving parties' failure to file an opposition thereto. Southwest respectfully requests that the Court grant its motion for summary judgment here, and enter judgment in Southwest's favor.

WHEREFORE, Plaintiff Southwest Traders, Inc. respectfully requests that the Court grant its motion for Summary Judgment on Counts I and II of its complaint and enter judgment in Southwest's favor for the amount of $680,707.01, plus attorneys' fees and costs.

Dated: April 14, 2018

Respectfully submitted,

SOUTHWEST TRADERS, INC.

By:     /s/ John E. Bucheit
One of its Attorneys

John E. Bucheit
Peter S. Roeser
**ROESER BUCHEIT & GRAHAM LLC**
Two N. Riverside Plaza, Suite. 1850
Chicago, IL 60606
(312) 621-0302

# CERTIFICATE OF SERVICE

  I, John E. Bucheit, certify that on April 14, 2018, I caused a copy of the foregoing Motion for Entry of Summary Judgment to be served on the following counsel of record for the Defendants through the Court's electronic filing system:

>George Olsen (gholsen@comcast.net)
>18022 Cherrywood Ln.
>Homewood, Illinois 60430
>Phone: (847) 607-8570

            /s/ John E. Bucheit